**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: TALLARD, MICHAEL D § | Case No. 10-74973 |
| TALLARD, ANN MARIE § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　Clerk of The U S Bankruptcy Court
　　　211 South Court Street
　　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/08/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/01/2011       By:  /s/BERNARD J. NATALE
                                                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TALLARD, MICHAEL D | § | Case No. 10-74973 |
| TALLARD, ANN MARIE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,559.07 |
| *and approved disbursements of* | $ 4.31 |
| *leaving a balance on hand of* [1] | $ 4,554.76 |
| **Balance on hand:** | $ 4,554.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,554.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,139.77 | 0.00 | 1,139.77 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,363.75 | 0.00 | 2,363.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 14.22 | 0.00 | 14.22 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,517.74 |
| Remaining balance: | $ 1,037.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,037.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,037.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,352.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 882.38 | 0.00 | 210.24 |
| 3 | Capital One Bank (USA), N.A. | 1,304.44 | 0.00 | 310.80 |
| 4 | Chase Bank USA, N.A. | 778.53 | 0.00 | 185.50 |
| 5 | Commonwealth Edison Company | 855.41 | 0.00 | 203.82 |
| 6 | Chase Bank USA,N.A | 531.59 | 0.00 | 126.66 |

Total to be paid for timely general unsecured claims: $ 1,037.02
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:                                       $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:                          $         0.00


Prepared By:   /s/BERNARD J. NATALE
                Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                               Case No. 10-74973-MB
Michael D Tallard
Ann Marie Tallard                                                    Chapter 7
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2               Date Rcvd: Jul 08, 2011
                              Form ID: pdf006            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
db/jdb        +Michael D Tallard,   Ann Marie Tallard,   12376 Arrowwood Lane,   Belvidere, IL 61008-9602
aty           +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty           +Gary C Flanders,   1 Court Place Suite 201,   Rockford, IL 61101-1088
aty           +Scott E Hillison,   Bernard J Natale, Ltd,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
16239973      +Alpine Bank,   P.O. Box 6086,   Rockford, IL 61125-1086
16239974      +Bill & Susan Ballew,   1311 Kent St.,   Rockford, IL 61102-2750
16239975      +Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
16510427       Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
16239977       Cenlar/Central Loan Administration,   P.O. Box 11733,   Newark, NJ 07101-4733
16239979      +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
16535177       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16629018      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16239980      +City of Rockford - Water Dept.,   P.O. Box 1221,   Rockford, IL 61105-1221
16239987      +Coldwell Banker Mortgage,   P.O. Box 0112,   Palatine, IL 60055-0001
16239988      +Frink's Sewer & Drain,   P.O. Box 1004,   Rockford, IL 61105-1004
16239990      +Maria Hamilton,   203 Webster,   Rockford, IL 61102-1968
16239991      +Monica Bloomgren,   2317 Elm St,   Rockford, IL 61102-1810
16239992      +PHH Mortgage Service,   P.O. Box 0112,   Palatine, IL 60055-0001
16239993      +PNC,   P.O. Box 533510,   Atlanta, GA 30353-3510
16239995      +Rock River Water Reclamation Dis,   3501 Kishwaukee Street,   Rockford, IL 61109-2053
16240002      +Rock Valley Federal Credit Union,   6801 Spring Creed Rd 2D,   Rockford, IL 61114-7420
16240007      +Tiffany Hayes,   315 Johnston,   Rockford, IL 61102-1841
16240008      +Tommi Thomas & Jamica Reeder,   2106 School St.,   Rockford, IL 61101-5502
16240009      +Winnebago County Treasurer,   P.O. Box 1216,   Rockford, IL 61105-1216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16307223      +E-mail/Text: legalcollections@comed.com Jul 08 2011 23:11:35     Commonwealth Edison,
               Credit Dept,   2100 Swift Dr,   Oak Brook, IL 60523-1559
16628936      +E-mail/Text: legalcollections@comed.com Jul 08 2011 23:11:35     Commonwealth Edison Company,
               3 Lincoln Center,   Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
16239989      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 09 2011 01:30:32      Kohl's,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
16240003      +E-mail/Text: mpapoccia@rvfcu.org Jul 08 2011 23:14:00     Rock Valley Federal Credit Union,
               1201 Clifford Ave,   Loves Park, IL 61111-7500
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
16239976*     +Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
16239978*     +Cenlar/Central Loan Administration,   P.O. Box 11733,   Newark, NJ 07101-4733
16239981*     +City of Rockford - Water Dept.,   P.O. Box 1221,   Rockford, IL 61105-1221
16239982*     +City of Rockford - Water Dept.,   P.O. Box 1221,   Rockford, IL 61105-1221
16239983*     +City of Rockford - Water Dept.,   P.O. Box 1221,   Rockford, IL 61105-1221
16239984*     +City of Rockford - Water Dept.,   P.O. Box 1221,   Rockford, IL 61105-1221
16239985*     +City of Rockford - Water Dept.,   P.O. Box 1221,   Rockford, IL 61105-1221
16239986*     +City of Rockford - Water Dept.,   P.O. Box 1221,   Rockford, IL 61105-1221
16239994*     +PNC,   P.O. Box 533510,   Atlanta, GA 30353-3510
16239996*     +Rock River Water Reclamation Dis,   3501 Kishwaukee Street,   Rockford, IL 61109-2053
16239997*     +Rock River Water Reclamation Dis,   3501 Kishwaukee Street,   Rockford, IL 61109-2053
16239998*     +Rock River Water Reclamation Dis,   3501 Kishwaukee Street,   Rockford, IL 61109-2053
16239999*     +Rock River Water Reclamation Dis,   3501 Kishwaukee Street,   Rockford, IL 61109-2053
16240000*     +Rock River Water Reclamation Dis,   3501 Kishwaukee Street,   Rockford, IL 61109-2053
16240001*     +Rock River Water Reclamation Dis,   3501 Kishwaukee Street,   Rockford, IL 61109-2053
16240005*     +Rock Valley Federal Credit Union,   1201 Clifford Ave.,   Loves Park, IL 61111-7500
16240006*     +Rock Valley Federal Credit Union,   1201 Clifford Ave.,   Loves Park, IL 61111-7500
16240004*     +Rock Valley Federal Credit Union,   1201 Clifford Avenue,   Loves Park, IL 61111-7500
16240010*     +Winnebago County Treasurer,   P.O. Box 1216,   Rockford, IL 61105-1216
                                                                                 TOTALS: 0, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Jul 08, 2011
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**              Signature:   _Joseph Speetjens_