**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  TALLARD, MICHAEL D                            §   Case No. 10-74973
        TALLARD, ANN MARIE                            §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $592,535.00 *(without deducting any secured claims)* | Assets Exempt:  $59,700.00 |
| Total Distribution to Claimants:  $1,037.02 | Claims Discharged Without Payment:  $4,943.63 |
| Total Expenses of Administration:  $3,522.05 | |

3) Total gross receipts of $  4,559.07  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $4,559.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $532,450.00 | $28,666.15 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,522.05 | 3,522.05 | 3,522.05 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,878.30 | 4,352.35 | 4,352.35 | 1,037.02 |
| **TOTAL DISBURSEMENTS** | $537,328.30 | $36,540.55 | $7,874.40 | $4,559.07 |

    4) This case was originally filed under Chapter 7 on October 06, 2010. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011    By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| estimate of pro-rated 2010 tax refunds | 1124-000 | 4,558.99 |
| Interest Income | 1270-000 | 0.08 |
| **TOTAL GROSS RECEIPTS** | | **$4,559.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rock Valley Federal Credit Union | 4110-000 | 27,000.00 | 28,666.15 | 0.00 | 0.00 |
| NOTFILED | PNC | 4110-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Federal Credit Union | 4110-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC | 4110-000 | 41,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Federal Credit Union | 4110-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 4110-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 4110-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Federal Credit Union | 4110-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PHH Mortgage Service | 4110-000 | 204,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Federal Credit Union | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Coldwell Banker Mortgage | 4110-000 | 30,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Alpine Bank | 4110-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cenlar/Central Loan Administration | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cenlar/Central Loan Administration | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$532,450.00** | **$28,666.15** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 14.22 | 14.22 | 14.22 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,363.75 | 2,363.75 | 2,363.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,139.77 | 1,139.77 | 1,139.77 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.31 | 4.31 | 4.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,522.05 | 3,522.05 | 3,522.05 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 850.00 | 882.38 | 882.38 | 210.24 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 1,200.00 | 1,304.44 | 1,304.44 | 310.80 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 700.00 | 778.53 | 778.53 | 185.50 |
| 5 | Commonwealth Edison Company | 7100-000 | N/A | 855.41 | 855.41 | 203.82 |
| 6 | Chase Bank USA,N.A | 7100-000 | 500.00 | 531.59 | 531.59 | 126.66 |
| NOTFILED | Rock River Water Reclamation Dis | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Frink's Sewer & Drain | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dis | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dis | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dis | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dis | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford - Water Dept. | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dis | 7100-000 | 44.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation Dis | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford - Water Dept. | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford - Water Dept. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford - Water Dept. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford - Water Dept. | 7100-000 | 136.30 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford - Water Dept. | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford - Water Dept. | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 4,878.30 | 4,352.35 | 4,352.35 | 1,037.02 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74973  
**Case Name:** TALLARD, MICHAEL D  
TALLARD, ANN MARIE  
**Period Ending:** 09/14/11  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/06/10 (f)  
**§341(a) Meeting Date:** 11/09/10  
**Claims Bar Date:** 02/11/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  single family residence located at 12376 Arroww, | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Unimproved lot located at 201 Webster Avenue, Ro | 33,300.00 | 3,300.00 | DA | 0.00 | FA |
| 3  single family residence located at 311 Stewart, | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 4  single family residence located at 2317 Elm St., | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 5  single family residence located at 315 S. Johnst | 39,000.00 | 0.00 | DA | 0.00 | FA |
| 6  single familyr residence located at 1622 W. Jeff | 39,000.00 | 0.00 | DA | 0.00 | FA |
| 7  single family residence located at 2106 School S | 48,000.00 | 11,300.00 | DA | 0.00 | FA |
| 8  single family residence located at 1311 Kent St. | 49,000.00 | 11,250.00 | DA | 0.00 | FA |
| 9  cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 10  Union Savings - checking | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 11  Rock Valley Federal Credit Union - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 12  Rock Valley Federal Credit Union - savings | 100.00 | 0.00 | DA | 0.00 | FA |
| 13  4 beds, 4 dressers, 2 sofas, chair, 4 TVs, 4 DVD | 3,000.00 | 1,635.00 | DA | 0.00 | FA |
| 14  collectibles, with estimated retail value of $20 | 100.00 | 0.00 | DA | 0.00 | FA |
| 15  DVDs and CDs, with estimated retail value of $30 | 100.00 | 0.00 | DA | 0.00 | FA |
| 16  debtors' clothing, with estimated retail value o | 400.00 | 0.00 | DA | 0.00 | FA |
| 17  jewelry, with estimated retail value of $1400 | 700.00 | 0.00 | DA | 0.00 | FA |
| 18  bicycle, with estimated retail value of $20 | 10.00 | 0.00 | DA | 0.00 | FA |
| 19  camera, with estimated retail value of $100 | 50.00 | 0.00 | DA | 0.00 | FA |
| 20  camcorder, with estimated retail value of $200 | 100.00 | 0.00 | DA | 0.00 | FA |
| 21  Treadmill, with estimated retail value of $200 | 100.00 | 0.00 | DA | 0.00 | FA |
| 22  Golf clubs, with estimated retail value of $150 | 75.00 | 0.00 | DA | 0.00 | FA |
| 23  Life insurance policy with death benefit only. | 0.00 | 0.00 | DA | 0.00 | FA |
| 24  401k | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 25  401k | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 26  estimate of pro-rated 2010 tax refunds | 8,000.00 | 4,800.00 |  | 4,558.99 | FA |
| 27  2009 Chevy Malibu, subject to security interest | 12,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74973  
**Case Name:** TALLARD, MICHAEL D  
TALLARD, ANN MARIE  
**Period Ending:** 09/14/11  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/06/10 (f)  
**§341(a) Meeting Date:** 11/09/10  
**Claims Bar Date:** 02/11/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2006 Dodge Durango, subject to security interest | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | 2006 GMC Sierra, subject to security interest of | 15,000.00 | 7,200.00 | DA | 0.00 | FA |
| 30 | 1970 Chevy Chevelle (no motor), dealer value $1, | 500.00 | 500.00 | DA | 0.00 | FA |
| 31 | snowmobile trailer, dealer value $1,500 | 1,300.00 | 400.00 | DA | 0.00 | FA |
| 32 | Yamaha ATV, dealer value $800 | 500.00 | 0.00 | DA | 0.00 | FA |
| 33 | Polaris ATV, dealer value $1,000 | 750.00 | 250.00 | DA | 0.00 | FA |
| 34 | Kymco Scooter, dealer value $500 | 250.00 | 0.00 | DA | 0.00 | FA |
| 35 | Beamer scooter, dealer value $500 | 250.00 | 0.00 | DA | 0.00 | FA |
| 36 | 2 dogs, 1 cat | 0.00 | 0.00 | DA | 0.00 | FA |
| 37 | hand and power tools, with estimated retail valu | 850.00 | 850.00 | DA | 0.00 | FA |
| 38 | 2 lawnmowers, with estimated retail value of $ 2 | 1,500.00 | 600.00 | DA | 0.00 | FA |
| 39 | Verbal understanding that debtors may purchase f | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.08 | FA |
| 40 | **Assets**  Totals (Excluding unknown values) | **$600,535.00** | **$42,085.00** |  | **$4,559.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO RECEIVE PRO-RATED AMOUNT OF 2010 TAX REFUNDS.

**Initial Projected Date Of Final Report (TFR):**   July 1, 2012        **Current Projected Date Of Final Report (TFR):**   June 15, 2011  (Actual)

Printed: 09/14/2011 12:00 PM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74973  
**Case Name:** TALLARD, MICHAEL D  
TALLARD, ANN MARIE  
**Taxpayer ID #:** **-***4626  
**Period Ending:** 09/14/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/11 | {26} | MIchael Tallard | 2010 Pro-rata Tax Refund | 1124-000 | 4,558.99 | | 4,558.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,559.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,559.03 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,559.06 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-74973, BOND #016018067 | 2300-000 | | 4.31 | 4,554.75 |
| 06/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 4,554.76 |
| 06/15/11 | | To Account #9200******6366 | Transfer for Final Report | 9999-000 | | 4,554.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,559.07 | 4,559.07 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,554.76 | |
| | | | **Subtotal** | | 4,559.07 | 4.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,559.07** | **$4.31** | |

{} Asset reference(s)

Printed: 09/14/2011 12:00 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-74973 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | TALLARD, MICHAEL D | | Bank Name: | The Bank of New York Mellon |
| | TALLARD, ANN MARIE | | Account: | 9200-******63-66 - Checking Account |
| Taxpayer ID #: | **-***4626 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/15/11 | | From Account #9200******6365 | Transfer for Final Report | 9999-000 | 4,554.76 | | 4,554.76 |
| 08/10/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,139.77, Trustee Compensation; Reference: | 2100-000 | | 1,139.77 | 3,414.99 |
| 08/10/11 | 102 | Chase Bank USA, N.A. | Distribution paid 23.82% on $778.53; Claim# 4; Filed: $778.53; Reference: 1144 | 7100-000 | | 185.50 | 3,229.49 |
| 08/10/11 | 103 | Commonwealth Edison Company | Distribution paid 23.82% on $855.41; Claim# 5; Filed: $855.41; Reference: 9079 | 7100-000 | | 203.82 | 3,025.67 |
| 08/10/11 | 104 | Chase Bank USA,N.A | Distribution paid 23.82% on $531.59; Claim# 6; Filed: $531.59; Reference: 2035/KOHLS | 7100-000 | | 126.66 | 2,899.01 |
| 08/10/11 | 105 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,377.97 | 521.04 |
| | | | Dividend paid 100.00% on $2,363.75; Claim# ATTY; Filed: $2,363.75      2,363.75 | 3110-000 | | | 521.04 |
| | | | Dividend paid 100.00% on $14.22; Claim# EXP; Filed: $14.22      14.22 | 3120-000 | | | 521.04 |
| 08/10/11 | 106 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3 | | | 521.04 | 0.00 |
| | | | Dividend paid 23.82% on $882.38; Claim# 2; Filed: $882.38; Reference: 9073/9531      210.24 | 7100-000 | | | 0.00 |
| | | | Dividend paid 23.82% on $1,304.44; Claim# 3; Filed: $1,304.44; Reference: 1553/9828      310.80 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 4,554.76 | 4,554.76 | $0.00 |
| | | | Less: Bank Transfers | | 4,554.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,554.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,554.76 | |

{} Asset reference(s)

Printed: 09/14/2011 12:00 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-74973  
**Case Name:** TALLARD, MICHAEL D  
TALLARD, ANN MARIE  
**Taxpayer ID #:** **-***4626  
**Period Ending:** 09/14/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******63-65 | 4,559.07 | 4.31 | 0.00 |
| Checking # 9200-******63-66 | 0.00 | 4,554.76 | 0.00 |
| | $4,559.07 | $4,559.07 | $0.00 |

{} Asset reference(s)

Printed: 09/14/2011 12:00 PM   V.12.57